**LAW OFFICE OF JAMES A. FLANAGAN**
James A. Flanagan, Esq. (State Bar No. 100687)
400 Oceangate, Suite 700
Long Beach, CA 90802-4306
Tel: (562) 732-4442 • Fax: (562) 252-0089
Email: jflanagan@flanaganlaw.com

Attorneys for Plaintiff
FADAL MACHINING CENTERS, LLC

FILED
2009 SEP -4 PM 3:12
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ________

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

FADAL MACHINING CENTERS, LLC

Plaintiff,

vs.

COMPUMACHINE, INC.,

Defendants

**CASE NO.** CV09-6478 PA (FFMx)

**COMPLAINT**

Plaintiff Fadal Machining Centers, LLC, by its attorneys, LAW OFFICE OF JAMES A. FLANAGAN – James A. Flanagan, alleges the following as its Complaint:

**NATURE OF ACTION**

1. This matter is a breach of contract case. Plaintiff seeks recovery of sums owed to it by Compumachine, Inc ("Compumachine") for goods that Compumachine ordered and accepted from Plaintiff, but for which Compumachine has refused to pay.

LAW OFFICE OF JAMES A. FLANAGAN
400 Oceangate, Suite 700
Long Beach, CA 90802-4306

LAW OFFICE OF JAMES A. FLANAGAN
400 Oceangate, Suite 700
Long Beach, CA 90802-4306

PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Fadal Machining Centers, LLC ("Fadal") is a limited liability company, organized and existing under the laws of the State of Wisconsin, with its principal place of business at 20701 Plummer Street, Chatsworth, California 91311.

2. G & L USA, LLC is a Wisconsin limited liability company and the sole member of Fadal with its principal place of business at 142 Doty Street, Fond Du Lac, Wisconsin 54935.

3. MAG Industrial Automation Systems, LLC is a Delaware limited liability company and the sole member of G & L USA, LLC with its principal place of business at 13900 Lakeside Circle Sterling Heights, Sterling Heights, Michigan 48313.

4. MAG IAS Holdings, Inc. is a New York corporation and owns 90% of MAG Industrial Automation Systems, LLC with its principal place of business at 53 N. Park Avenue, Suite 51, Rockville Centre, New York, New York 11570.

5. SP MAG Holdings, LLC is a Delaware limited liability company and owns 10% of MAG Industrial Automation Systems, LLC with its principal place of business at Silver Point Capital LP, 2 Greenwich Plaza, Greenwich, Connecticut 06830.

6. Defendant Compumachine, Inc. ("Compumachine") does business within the District of Massachusetts and is a Massachusetts corporation with its principal place of business at 6 Electronics Avenue, Danvers, Massachusetts 01923.

7. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C § 1332 because Defendant Compumachine, Plaintiff Fadal, and Fadal's member (G & L USA, LLC, MAG Industrial Automation Systems, LLC, MAG IAS Holdings, Inc. and SP MAG Holdings, LLC) are citizens of different states and the amount in controversy, exclusive of interest and costs is in excess of $75,000.00.

8. Venue is proper pursuant to 28 U.S.C § 1391 (a) and the parties forum selection clause in the written agreement of the parties as hereinafter alleged.

**FACTS**

9. Fadal entered into a Distributor Agreement ("Agreement") with Compumachine whereby Compumachine agreed to purchase and market machines and machine-related parts (collectively "goods") from Fadal. A true and correct copy of the Agreement is attached to this Complaint as Exhibit A.

10. Pursuant to the Agreement, the parties agreed to bring any action arising out of or related to the Agreement in the United States District Court, for the Central District, States of California and waived their right to dismiss and/or transfer any action pursuant to 28 USC §1404 or §1406.

11. When purchasing goods from Fadal, Compumachine submitted purchase orders to Fadal. After Fadal approved and filled the order, Compumachine picked up the ordered goods from Fadal and Fadal delivered a corresponding invoice to Compumachine. A true and correct copy of each purchase order signed by Compumachine, and each corresponding invoice that Fadal delivered to Compumachine, is attached to this Complaint as Exhibit B.

12. Fadal has delivered all ordered goods to Compumachine and satisfied all other conditions precedent to Compumachine's obligation to pay Fadal the full amount of the invoices.

13. Compumachine has accepted all goods that it has ordered from Fadal and such acceptance was not revoked.

14. Despite having accepted all goods from Fadal, Compumachine has either failed or refused to pay for the goods it received. As of the date of this Complaint, and as demonstrated

LAW OFFICE OF JAMES A. FLANAGAN
400 Oceangate, Suite 700
Long Beach, CA 90802-4306

by Exhibit B, Compumachine has accumulated an unpaid and overdue account balance of $625,255.16, plus interest.

**FIRST CLAIM**
**BREACH OF CONTRACT**

15. Plaintiff incorporates by reference paragraphs 1 through 13 above.

16. Fadal and Compumachine entered into a valid and enforceable contract.

17. Fadal has fulfilled its obligations under the contract and satisfied all conditions precedent to Compumachine's performance.

18. Despite continuous requests and demands for payment, Compumachine has refused and continues to refuse to pay the monies due and owing Fadal.

19. Compumachine materially breached the contract by refusing to pay Fadal for goods that Compumachine has ordered and accepted.

20. As a result of Compumachine's material breach of the contract, Fadal suffered damages.

21. Compumachine is liable to Plaintiff for all damages and losses, including loss of reasonable profits, and for the cost and expenses, including reasonable attorneys fees, sustained by the Plaintiff as a result of Compumachine's breach.

**SECOND CLAIM**
**BREACH OF THE DUTY OF GOOD FAITH**

22. Plaintiff incorporates by reference Paragraphs 1 though 20 above.

23. The Agreement included an implied duty of good faith and fair dealing.

24. Compumachine materially breached the duty of good faith and fair dealing by failing to pay Fadal for the goods that Compumachine has ordered and accepted and by failing to provide reasonable assurances of future payment.

LAW OFFICE OF JAMES A. FLANAGAN
400 Oceangate, Suite 700
Long Beach, CA 90802-4306

25. As a result of Compumachine's breach of the duty of good faith and fair dealing, Fadal suffered damages.

**WHEREFORE**, Plaintiff demands the following relief:

(a) A judgment against Compumachine for $625,255.16 plus interest owed to the Plaintiff for overdue amounts;

(b) A judgment against Compumachine for damages resulting from Compumachine's breach of the duty of good faith and fair dealing;

(c) All damages and losses, including loss of reasonable profits, and the costs and expenses, including attorneys fees, incurred by Plaintiff in this action; and

(d) Such other relief as the Court may deem just and equitable.

Dated this 4TH day of September, 2009.

LAW OFC OF JAMES A. FLANAGAN

By: [signature]
JAMES A. FLANAGAN
Attorneys for Plaintiff

LAW OFFICE OF JAMES A. FLANAGAN
400 Oceangate, Suite 700
Long Beach, CA 90802-4306

Exhibit  "A"

**DISTRIBUTOR AGREEMENT**

Company agrees to sell and the undersigned Distributor agrees to buy and market those products listed on the Distributor Addendum attached hereto and incorporated by reference, pursuant and subject to the following terms and conditions:

1. Appointment.

Company hereby appoints Distributor the sole distributor whose authorized sales location is within the geographic area described in the Distributor Addendum ("Distributor's Territory") for those products listed in the Distributor Addendum ("Products"). Distributor shall sell, service, and distribute the Products solely to those customers who are located in Distributor's Territory and who accept delivery and installation of the Product at a location in the Distributor's Territory ("Customers"). Distributor shall not sell or supply Products to any customer, purchaser, or reseller located outside of Distributor's Territory nor to any person Distributor has reason to believe will sell or supply all or part of such Products to any customer, purchaser or reseller located outside of Distributor's Territory.

2. Management of Distributor.

(a) Distributor agrees to have at all times a manager approved by Company, which approval shall not be unreasonably withheld, who shall manage Distributor's business to comply with Distributor's obligations described in this Agreement.

(b) Distributor may at its sole discretion terminate the employment of the manager.

3. Distributor's Obligations. Distributor shall, at its own cost:

(a) Maintain an office at the location(s) described in the Distributor Addendum; comply with all valid laws, regulations and orders applicable to the sale and service of the Products; provide the end use Customer of the Products with all Company supplied Product notices, warnings, instructions, recommendations, recall or retrofit notices and other similar materials; maintain all permits and licenses necessary to sell, service, and distribute the Products in Distributor's Territory; and not make any changes to the Product sold to the end use Customer or remove any warnings, identifications or instructions contained on the Product.

(b) Aggressively market and promote the sale of the full line of the Products in Distributor's Territory, and cooperate with and assist Company in those promotional and merchandising programs established from time to time by Company.

(c) Maintain a balanced inventory of the Product, parts and accessories that may be prescribed from time to time by Company.

(d) Preserve and enhance the high quality image, reputation and goodwill of Company and the Products.

(e) Maintain and retain at Distributor's principal place of business described in the Distributor Addendum complete and accurate records of Product inventories, orders, deliveries,

installation, checkout, start-up, warranty and service, and user training, and Company shall have and Distributor hereby grants to Company access to such records during Distributor's normal business hours.

(f)    Provide full information as reasonably required by Company to compile and maintain Company's Customer Relationship Management (CRM) system including, but not limited to, sold machine records, service history, proposal history, proposal status, key customer contacts, sales call records.  All information shall be provided promptly at time intervals as required by the Company.

(g)    Maintain computer systems and software as required by the Company to perform all obligations of the Agreement.

(h)    Promptly furnish to Company copies of all communications (including written correspondence and electronic mail) that relates to or affects Company's obligations to Distributor or the end use Customer of the Products.

(i)    Purchase and maintain a comprehensive general liability insurance policy, including product liability insurance, from and with an insurer acceptable to Company, in such amounts and with such coverages as may be reasonably required by Company, and provide to Company a certificate of such insurance and such other evidence satisfactory to Company of the maintenance of all such insurance requirements, and obtain a written obligation on the part of the insurer to notify Company at least thirty (30) days prior to the cancellation of any such insurance.

(j)    Pay all federal, state, and local taxes imposed on it, and discharge promptly and when due all debts incurred in the operation of its business, including payments to Company.

(k)    Indemnify and hold Company and its parent, subsidiaries and affiliates harmless from and against all alleged or actual claims, losses, expenses, demands, damages and liabilities (including attorneys fees, court costs and related expenses), whether based in contract, in tort (such as negligence), law or equity, or otherwise including but not limited to demands for taxes, governmental charges, penalties, property damage or personal injury, arising out of, or in conjunction with, (1) any acts or omissions of Distributor or Distributor's agents or employees under this Agreement and to the extent caused by the negligence or other fault of Distributor or Distributor's agents or employees, (2) Distributor's breach or default of this Agreement, or (3) Company's enforcement of this Agreement against Distributor.

(l)    Provide to Company within thirty (30) days after the effective date of this Agreement and annually thereafter within sixty (60) days after Distributor's fiscal year end, a balance sheet and income statement of Distributor's business, and as may be requested from time to time by Company such other financial information describing Distributor's business that Company may reasonably request.  Company shall maintain such provided Distributor financial information in confidence in the manner that Company uses to protect its own confidential information.

(m)    Where the Product is of an intangible nature (such as computer software) and as Company may require, comply with the terms and conditions of, and execute and/or obtain the

execution of, such license or sublicense agreement from, among others, the end use Customer of the Product.

(n) Not solicit orders for, sell or distribute in Distributor's Territory any product (except the Products) that performs functions similar to those performed by the Products.

(o) Not advertise the Products in publications or media whose readership or viewership is outside of Distributor's Territory.

(p) Maintain adequately trained personnel to sell and service the Products, and each such person shall attend at the location designated by Company training provided by Company during the first year of the Agreement term, and subsequent training thereafter as required by the Company.

(q) Provide warranty and other service of the Products in accordance with Company's then current warranty and service policies, and comply with any recalls imposed by Company or a governmental authority.

(r) Provide training facilities at its location and training to the end use Customers of the Products at such facilities where such end use Customers purchase from and use the education materials created by Company.

(s) Purchase and maintain those demonstration Products that will be located at its location that may be reasonably required from time to time by Company.

(t) Submit to Company a yearly business and marketing plan for the Products (separately described by quarter) that is acceptable to Company. Once such plan has been accepted by Company, Distributor shall use its best efforts to comply fully with the Distributor obligations and commitments contained in such plan. The initial plan shall be submitted to Company within thirty (30) days after the effective date of this Agreement, and thereafter it shall be submitted by Distributor to Company at least sixty (60) days prior to the beginning of Company's fiscal year. If a plan submitted by Distributor is not acceptable to Company, Company shall have the right to terminate this Agreement in accordance with Paragraph 8(b) of this Agreement.

(u) Meet or exceed the Product order quotas that are described in the accepted yearly business and marketing plan.

(v) Provide Company with a copy of the USMTC market share for Distributor's Territory at time periods specified by the Company.

(w) Make Product sales to its Customers in accordance with the terms and conditions contained on the attached Exhibit A, which terms and conditions do not apply to or in any way restrict the Product resale price that may be established by Distributor.

(x) Distributor agrees that it will not communicate or use any Company confidential or proprietary information, including customer lists, marketing plans, Product prices, customer relationships, Product information and manufacturing processes, other than that required in the

ordinary course of performing its obligations under this Agreement. Upon termination of this agreement, Distributor agrees to not use or communicate such information so long as it remains proprietary or confidential.

(y) Comply with other provisions of this Agreement and observe all such other requirements that Company may reasonably impose from time to time for the effective marketing, sale, or servicing of the Products.

4. Company's Obligations. Company shall, at its own expense:

(a) Provide Distributor with sales and technical information regarding the Products.

(b) Provide sales leads, training and technical assistance in the selling and servicing of the Products that Company in its sole discretion determines is reasonable.

(c) Furnish Distributor with then current Product retail price lists and other Product information that Company generally provides to its domestic distributors of the Products.

5. Terms of Sale.

(a) The Product prices charged by Company to Distributor shall be the retail prices established by Company in effect on the date of acceptance of the Product order, subject to the discount described in the Distributor Addendum.

(b) All sales by Company to Distributor shall be on such credit terms as Company, in its sole discretion, may establish from time to time. Initially, such credit terms established by Company will be net thirty (30) days from the date of invoice. Company shall not be obliged to extend credit to Distributor or to assist Distributor in securing credit. Regardless of the method of payment, Company shall retain a security interest in the Products delivered to Distributor until Company receives full payment of all monies owed to Company. Upon Company's request, Distributor shall execute such documents as are reasonable or necessary to perfect Company's security interest.

(c) The terms of sale shall be those established from time to time by Company. Any additional or different terms submitted by Distributor will be void and of no effect.

(d) Distributor shall be responsible for all federal, state and local sales, use, personal property, inventory and other taxes that may be assessed against Distributor on any Products in Distributor's possession at the time such tax is assessed or determined. Distributor shall also be responsible for any local, state and federal excise taxes on the shipment of the Products to Distributor to the extent that such excise taxes are not included in Company's prices.

(e) Those Products that are intangible in nature (such as computer software) shall be subject to the license or sublicense terms and conditions established from time to time by Company.

(f) Interest at the lesser of 1% per month or the maximum interest rate chargeable under applicable law shall be assessed and payable to Company on all overdue amounts owed by Distributor to Company.

6. Agreement Term.

The Agreement shall commence on the date it becomes effective and shall remain in effect until terminated as described below.

7. Distributor's Termination Rights.

Distributor shall have the right to terminate this Agreement at any time upon the giving of Company at least sixty (60) days' prior written notice. If Distributor ceases business operations with respect to the Products, Distributor shall be considered to have terminated this Agreement, effective as of the date such operations cease.

8. Company's Termination Rights.

(a) Company shall have the right to terminate this Agreement at any time upon the giving of Distributor at least sixty (60) days' prior written notice, or upon the giving of such different period of notice that is required by the then applicable law.

(b) Without waiving its rights under Paragraph 8(a), Company shall have the right to terminate this Agreement if there is a default, breach or failure of Distributor to comply with or perform any of the Agreement provisions, terms, obligations, warranties, covenants or representations, which is not cured (i) within five (5) days after notice is given to Distributor of such condition; or (ii) within such longer notice and cure period as may be required by the then applicable law.

(c) Without waiving its rights under Paragraph 8(a), if any of the following events occur, Company shall have the right to terminate this Agreement immediately upon the giving of written notice to Distributor or after such longer period of notice as may be required by the then applicable law:

(i) Conviction of Distributor, the manager or any of Distributor's owners of a felony;

(ii) Distributor's fraudulent conduct or substantial misrepresentation in any of its dealing with Company or with others concerning the conduct of its business;

(iii) Revocation or suspension of any of Company's federal, state or local licenses or permits, if such license or permit is required for the normal operation of Distributor's business;

(iv) Distributor's insolvency or failure to pay monies due Company;

(v) Any disposition of Distributor's business, change of control of Distributor, change in the management of Distributor's business not approved by Company, or Distributor's attempt to assign this Agreement in contravention to the terms of the Agreement;

(vi) Distributor's breach or default of any of the provisions of Paragraph 1 of this Agreement, or

(vii) Distributor's breach or default of any other agreement or contract which exists between the parties.

9. Post-Termination Provisions.

In the event this Agreement is terminated, the following provisions shall apply:

(a) Company shall have the right to cancel orders that have not been accepted by Company and require payment in full prior to shipment for any Product orders accepted by Company prior to such termination of this Agreement and if such payment is not received, at Company's option, it may terminate any or all such orders without liability or further obligation to Distributor.

(b) Within ten (10) days after such termination, Distributor shall return to Company all property belonging to Company in Distributor's possession or control. Company shall not be liable to Distributor for any expenses incurred by Distributor in connection with such property.

(c) In no event with regard to a termination of this Agreement shall Company be liable to Distributor for any special, indirect, incidental or consequential damages, nor shall Company become liable to Distributor for any other loss, damage, expense, or investment of any kind whatsoever incurred as a result of the relationship contemplated by this Agreement.

(d) In the event payment for an accepted order is received by Company for a Product order accepted prior to termination of this Agreement in accordance with Paragraph 9(a) above, Company shall in accordance with the applicable terms of sale sell the Product to Distributor and such sale shall not constitute the extension or entering into of a new or continuing distribution relationship.

(e) In the event that this Agreement is terminated within the first year of this Agreement, Company may at its discretion buy back Distributor's inventory at Distributor's purchase cost, and if Company exercises its option Distributor shall tender such Product to Company FOB Distributor's office with good and merchantable title, free and clear of all liens and encumbrances.

10. Rights Reserved to Company.

(a) All orders for the Products placed by Distributor shall be subject to Company's acceptance. Company shall have the right to specify the forms and procedures governing the placement of such orders, including, but not limited to, the routing to be used for delivery of such accepted orders. In the event that Company is restricted in the production, sale or delivery of its Products by capacity limitations, acts of governmental authority, strikes or any other cause, natural or otherwise, beyond Company's reasonable control, Company shall not be compelled to honor previously accepted orders, but shall distribute available Products among distributors in a fair and equitable manner that shall be determined by Company in its sole discretion.

(b) Company reserves the unqualified right to manage and conduct its business in all respects and shall be free at all times to maintain or alter the design, specifications, manufacture and configuration of the Products; to determine the prices and other terms on which it sells the

Products; to produce or sell any particular Product; and, to discontinue the sale of any of its Products in any geographic Territory.

(c) Notwithstanding the grant of rights described in Paragraph 1, after amounts owed to Company exceed credit extended by Company to Distributor, Company reserves and shall have the right to sell Products directly to Customers located in Distributor's Territory.

(d) Company reserves the right to sell rebuilds, control retrofits, parts and tooling directly to Customers located in Distributor's Territory.

11. Company Trade Designations and Intangible Property.

(a) Distributor acknowledges Company's exclusive ownership, license rights and/or other rights in the various trademarks, trade names, service marks, trade dress and other trade designations and intangible property (collectively "trade designations") and intangible property relating to Company's business or the Products. Company hereby grants Distributor a nonexclusive, non-assignable, non-licensable privilege to use Company trade designations only in a lawful manner and in connection with the distribution, advertising, display and sale of the Products. This privilege to use such trade designations shall expire upon termination of this Agreement. Such trade designations and intangible property shall be used only in manner, form and context specified or approved in writing by Company, and upon Company's request Distributor shall discontinue the way in which Distributor uses any Company trade designation and intangible property.

(b) Distributor agrees to remove all Company trade designations affixed in any fashion to property owned or controlled by Distributor (including equipment and office supplies) before leasing, selling or otherwise transferring such property or control thereof to another person or before putting such property to any use not connected with the distribution of the Products.

12. Assignments.

Any transfer, sale, assignment or delegation of this Agreement or of any rights or obligations under this Agreement by Distributor, in whole or in part, whether by operation of law or otherwise, shall be null and void, unless Company has provided to Distributor its prior written approval. Nothing herein shall prevent Company from assigning all or part of its rights or obligations under this Agreement.

13. New Company Products.

This Agreement shall extend only to the Products listed on the Distributor Addendum, and to such other products that Company may from time to time agree to add to the Distributor Addendum.

14. Amendments to Agreement.

(a) Company may at any time propose an amendment to this Agreement. Distributor shall indicate its acceptance of any such amendment by returning two (2) executed copies thereof to Company. The amendment shall become effective on the date executed by Company, who

shall retain one (1) executed copy of the amendment and shall return the other executed copy to Distributor. If Distributor does not return an executed amendment to Company within sixty (60) days after the proposed amendment is submitted to Distributor, this Agreement shall immediately terminate without liability to either party.

(b) The provisions of subparagraph (a) shall not apply to changes made by Company to the Distributor Addendum, and Company specifically reserves the right to add, delete, modify or change any Product, Product Pricing, or Product Discount described in the Distributor Addendum without Distributor's consent or approval. Distributor shall notify Company immediately of any changes applicable to it. Except as otherwise provided in this Agreement, no change in the Distributor Addendum by one party shall alter the other party's rights or obligations hereunder, unless the other party shall have given its prior written approval.

15. Severability, Governing Law and Forum Selection.

(a) The illegality or unenforceability of any provision of this Agreement shall not impair the legality or enforceability of any other provision.

(b) Company may seek injunctive relief from a court to prevent the unauthorized use or transfer of proprietary Products or information, including, without limitation, intangible property (such as computer software). If Company prevails in whole or in part in its action seeking an injunction, Buyer will reimburse Company for Company's reasonable attorneys' fees and legal costs and expenses related to the action.

(c) This Agreement will be governed, interpreted and construed under the internal laws of the State of California, without regard to the application of conflicts of law principles.

(d) Any action, claim, suit or proceeding between the parties, including but not limited to, those connection with or arising out of or related to this Agreement or which in any way involves the relationship between the parties, whether in contract, tort or statute, shall be initiated and prosecuted as to all parties and their successors and assigns solely and exclusively in the United States District Court, for the Central District, State of California each party waives, freely and completely, any right to dismiss and/or transfer any action pursuant to 28 USC §1404 or §1406 and any successor statutes. In the event the District Court does not have subject matter jurisdiction then such matters shall be solely and exclusively determined under the jurisdiction of the appropriate state court of competent jurisdiction located in Los Angeles, California. The parties consent to *in personam* jurisdiction of the courts described herein.

16. Notice.

All notices that are required or permitted to be given under this Agreement shall be in writing, duly signed by the party giving such notice, shall be transmitted either by personal delivery, by telecopy, by e-mail, or by registered or certified mail, with return receipt and postage prepaid, and, depending upon the means of transmittal, shall be effective when delivered, telecopied or mailed. All telecopied and e-mailed notices shall also require a copy to also be mailed, postage prepaid to the addressee. Notices shall be addressed: (i) if to Distributor to the address of Distributor set forth in the Distributor Addendum or (ii) if to Company, to Fadal Machining Centers, LLC, 20701 Plummer Street, Chatsworth, CA. Telecopies and e-mails shall be sent to the number or address described in the Distributor Addendum and to Company at such

number as Company shall designate. The address or telecopy number of either party may be changed by notice to the other party given pursuant to this Paragraph.

17. Miscellaneous Provisions.

(a) "Prior written approval" as used in this Agreement requires a communication signed by a corporate officer of Company. "Including" as used in this Agreement means "including, but not limited to."

(b) No representation, promise, inducement or statement of intention other than those set forth in this Agreement and the Distributor Addendum has been made by Company or Distributor and neither party shall be bound by or liable for any other alleged representation, promise, inducement or statement of intention. Upon this Agreement becoming effective, all previous agreements and understandings (including but not limited to any distribution or commissioned agent relationship), whether oral or written, between Distributor and Company are hereby terminated, provided that Distributor shall remain obligated to pay any amounts due under such previous agreements or understandings, and Distributor hereby releases Company from any claims, liabilities or damages arising from such prior relationships, except for the payment of undisputed commissions earned by Distributor in the ordinary course of its business and Product liability and warranty claims. This Agreement contains the entire understanding between the parties with regard to the subject matter contained herein.

(c) The failure of either Company or Distributor at any time or times to enforce any provision of this Agreement shall in no way be construed as a waiver of such provision and shall not affect the right of that party at a later time to enforce each and every such provision.

(d) Except as specifically provided for in this Agreement, no person, including any officer, agent or employee of Company, has any authority to amend, modify, waive supersede or cancel this Agreement or any terms of provisions of this Agreement. No conduct of any such person shall be construed to create that authority.

(e) Distributor acknowledges that it is, and shall remain, an independent business entity. Company and Distributor are not joint venturers or partners, and neither may act as the agent, employee or fiduciary of the other.

(f) Distributor waives any right to trial by jury with respect to any claim or action relating to or arising from this Agreement or any action or omission of any signatory hereto (or its subsidiaries or affiliates) in connection with the transactions contemplated by this Agreement.

18. Acknowledgments.

The undersigned, in their personal or representative capacities, acknowledge that they have read this Agreement in full and have had an opportunity to review it with counsel; that they understand and agree to each of the foregoing provisions; and, that they are duly authorized to sign the Agreement.

This Agreement is effective on the 6 day of Oct, 2005.

COMPUMACHINE, INC. ("Distributor")

By: ____________________
David Shaby

By: ____________________

Fadal Machining Centers, LLC ("Company")

By: ____________________
Dr. Wolfgang Manz
Vice President & General Manager

**DISTRIBUTOR ADDENDUM**

This Distributor Addendum is a part of and is incorporated by reference as part of the Distributor Agreement between the undersigned Distributor (referred to herein as "Distributor") and Company. Changes in the information contained herein and applicable to Distributor may be made only in accordance with said Agreement, and must be promptly brought to the attention of Company. This Distributor Addendum is comprised of the following:

___ Schedule I: Distributor's Discount

___ Schedule II: Distributor's Territory and Products

___ Schedule III: Location, Contact, and Shipping Information

Check the appropriate box(es) for the information attached.

On the initial Distributor Addendum, all information must be supplied.

Dated this 6 day of Oct, 2005.

COMPUMACHINE, INC. ("Distributor")

By: ______________________
David Shaby

By: ______________________

Fadal Machining Centers, LLC ("Company")

By: ______________________
Dr. Wolfgang Mauz
Vice President & General Manage

# SCHEDULE I

## Distributor Discount

Special Engineered Products shall be sold by Company at such prices established from time to time by Company.

| Company | Product | Maximum Discount |
|---|---|---|
| Fadal | TRM | 10% |
| | EMC | 10% |
| | VMC-2016L | 18% |
| | VMC-2216 | 18% |
| | VMC-3016 | 18% |
| | VMC-3016L | 18% |
| | VMC-4020 | 22% |
| | VMC-3020 | 22% |
| | VMC-4525 | 22% |
| | VMC-4020A | 18% |
| | VMC-5020A | 18% |
| | VMC-6030 | 22% |
| | VMC-6535 | 22% |
| | VMC-8030 | 22% |
| | Rebuilds | 10% |
| Repair Parts | Repair parts for products where distributor is factory certified | 30% |
| | All other repair parts | 25% |

# SCHEDULE II

## DISTRIBUTOR'S TERRITORY AND PRODUCTS

<u>Distributor Territory:</u>

The entire state of Connecticut
The entire state of Rhode Island
The entire state of Massachusetts
The entire state of Vermont
The entire state of New Hampshire
The entire state of Maine

<u>Products:</u>

**Fadal**

- Vertical Machining Centers
- Horizontal Machining Centers
- Rebuilds
- Rotary Tables and Accessories
- Replacement Parts

DISCOUNT REQUIREMENTS

Payment of the full discount indicated in this Schedule requires Distributor to perform to the satisfaction of the Company all of the following actions. In such cases where some actions are not performed by the Distributor, as mutually agreed between the Company and the Distributor, the Company may allow purchase of standard products with a reduced discount based on the table shown below:

| | Discount Schedule | |
|---|---|---|
| **Action** | **18% Level** | **22% Level** |
| Booking | 7% | 7% |
| Maintaining Stock | 2% | 3% |
| Installation | 2% | 3% |
| Training | 1% | 2% |
| Service/Warranty Labor | 4% | 5% |
| Financial Risk/Invoicing | 2% | 2% |

SCHEDULE III

LOCATION, CONTACT AND SHIPPING INFORMATION

DISTRIBUTOR:

Principal Place of Business and Mailing Address: ____________________

Location(s) Address(es): ____________________

Telephone Number: ____________________

Telecopy Number: ____________________

E-Mail Address: ____________________

Exhibit "B"

# FADAL MACHINING CENTERS

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

MAG

# Invoice

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

| Invoice | Page |
|---|---|
| 319003 | 1 |

| Date |
|---|
| 1/07/08 |

REPRINT

| Due On |
|---|
| 2/11/08 |

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 012007091162 |

SHIP TO
R I CARBIDE
339 C FARNUM PIKE
SMITHFIELD RI 02917
USA

SOLD TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Delivery Terms | Ex-works |
|---|---|

| Customer | Order | Sales Rep | P.O. Number | P.O. Revision |
|---|---|---|---|---|
| I 21600002 | CO 375922 | 100 | 36094 | |

| Shipment No. | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 363301 | | 1/07/08 | |

| | Item Number/Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|---|
| | Carrier . . : NATIONWIDE<br>NOTE:<br>USE FADAL STOCK<br>SN 012007091162. | | | |
| 1162 | VMC-4020 FX<br>VERTICAL MACHINING CENTER | EA | 1.000<br>52,720.000 | 52,720.00 |
| | COL-0095<br>COL ASY,20Z,22/3016,4020 FX<br>ATC-0466<br>ATC ASY,21T,CAT,4020 FX<br>HDW-1766<br>INTERLCK SYSTM,NON CE,FANUC FX<br>STM-3205<br>STM,FLOOD,ATC,4020 FX OI<br>STM-3252<br>CVR,TOP,ATC 20Z,NO S/C,4020 FX<br>CTR-0564<br>CTR,FANUC OI,4020 HT<br>SPN-0278<br>SPN ASY,10K,4020 HT | | | |

| Net Sales<br>Miscellaneous charges<br>Freight<br>Taxes | | Trade Discount<br>Terms Discount | |
|---|---|---|---|
| | | Amount Due | USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

Exhibit A

# FADAL MACHINING CENTERS

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

MAG

# Invoice

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

| Invoice | Page |
|---|---|
| 319003 | 2 |

| Date |
|---|
| 1/07/08 |

REPRINT

| Due On |
|---|
| 2/11/08 |

SHIP TO
R I CARBIDE
339 C FARNUM PIKE
SMITHFIELD RI 02917
USA

SOLD TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 012007091162 |

| Delivery Terms | Ex-works |
|---|---|

| Customer | Order | Sales Rep | P O Number | P O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 375922 | 100 | 36094 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 363301 | | 1/07/08 | |

| Item Number / Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : NATIONWIDE<br>Serial number: 012007091162 | | | |
| NO TAX | | | .00 |

| Net Sales | 52,720.00 | Trade Discount | .00 |
|---|---|---|---|
| Miscellaneous charges | .00 | Terms Discount | .00 |
| Freight | .00 | | |
| Taxes | .00 | Amount Due | 52,720.00 USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

TOTAL P.01

C0375922

# COMPUMACHINE, INC.

# PURCHASE ORDER

645 Main Street
Wilmington, Massachusetts 01887
(978) 657-8440 • FAX (978) 657-8589

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

36094

Confirming: T. McCarty

TO Haddad Engineering
Chatsworth, CA

DATE 12/20/07
REQUISITION NO. RFC-M
SHIP TO R.I. Carbide R.I. CARBIDE
339 C Farnum Pike
SMITHFIELD, R.I. 02917

| DATE REQUIRED | PROMISE DELIVERY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| A.S.A.P. | Best | Best | Chatsworth | 30 D. A.C.A. |

| DATE ORD | QTY. | QTY. RCVD. | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 12/20/07 | 1 | | VMC4020FX; S/N: ~~012007091158~~ | | $52,720 |
| | | | As per package | | |
| | | | LEAD TIME: 12-27-07 | | |
| | | | GM: 28% EBIT: 12% | | |
| | | | USE FADAL STOCK SN 012007091162 | | |
| | | | Note: | | |
| | | | 1) Pls: Ship c/o: CompuMachine | | |
| | | | 2) Rebate Applies. | | |

ORDER REVIEWED BY M[illegible] 12-20-07
ORDER PROCESSED BY
ORDER CHECKED BY
CHANGE ORDER

Requested By: c.r.
OK'D By: cr/ma/sl
Authorized By

1 Please send ________ copies of your invoice.
2 Order is to be entered in accordance with prices, delivery and specifications shown above.
3 Notify us immediately if you are unable to ship as specified.

P.01/01 COMPUMACHINE DEC-20-2007 11:47

Fax Received on 12/20/07 at 10:09AM from

# FADAL MACHINING CENTERS

MAG

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

**Invoice**

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

| Invoice | Page |
|---|---|
| 319845 | 1 |

| Date |
|---|
| 4/09/08 |

REPRINT

| Due On |
|---|
| 5/12/08 |

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 012007049815 |

SHIP TO
ACCURAT LOCK & HARDWARE
ANNIE PLACE
STAMFORD CT 06902
USA

SOLD TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Delivery Terms | |
|---|---|
| | |

| Customer | Order | Sales Rep | P O Number | P O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 373395 | 100 | 35124 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 364628 | | 4/09/08 | |

| Item Number / Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : NATIONWIDE<br>NOTE:<br>WESTEC 07 SPECIAL:2 YEAR<br>WARRANTY.<br>ADDITIONS:<br>COL-0095 COLUM ASY,20Z,<br>ATC-0476 ATC ASY,21T,CAT<br>SPN-0265 SPN ASY,8K,FX<br>CTR-0561 CTR,FANUC OI,ADV<br>HDW-1766 NON CE, FANUC FX<br>STM-3199 STM,FLOOD<br>HDW-1712 WORK LIGHT,FLOOD<br>DELETIONS:<br>COMPUMACHINE<br>COL-0095<br>ATC-0476<br>SPN-0265<br>CTR-0561<br>HDW-1766<br>STM-2894<br>CNT-0291 NO FLOOD COOLANT<br>FX | | | |

| Net Sales<br>Miscellaneous charges<br>Freight<br>Taxes | | Trade Discount<br>Terms Discount | | |
|---|---|---|---|---|
| | | | Amount Due | USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

# FADAL MACHINING CENTERS

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

MAG

# Invoice

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

| Invoice | Page |
|---|---|
| 319845 | 2 |

| Date |
|---|
| 4/09/08 |

REPRINT

| Due On |
|---|
| 5/12/08 |

**SHIP TO**
ACCURAT LOCK & HARDWARE
ANNIE PLACE
STAMFORD CT 06902
USA

**SOLD TO**
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Payment Terms |
|---|
| Net 30 Days |
| **Serial Number** |
| 012007049815 |

| Delivery Terms | |
|---|---|
| | |

| Customer | Order | Sales Rep | P O Number | P O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 373395 | 100 | 35124 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 364628 | | 4/09/08 | |

| Item Number / Description | | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|---|
| | Carrier . . : NATIONWIDE | | | |
| 9814 | VMC-3016 FX<br>VERTICAL MACHINING CENTER | EA | 1.000<br>41,625.000 | 41,625.00 |
| | COL-0095<br>COL ASY,20Z,22/3016,4020 FX<br>ATC-0476<br>ATC ASY,21T,CAT,22/3016 FX<br>SPN-0265<br>SPN ASY,8K,FX<br>CTR-0561<br>CTR,FANUC 0I,22/3016 FX<br>HDW-1766<br>INTERLCK SYSTM,NON CE,FANUC FX<br>STM-3199<br>STM,FLOOD,22/3016 FX 0I<br>HDW-1712<br>WORKLIGHT,FLOOD,SINGLE | | | |
| | Serial number: 012007049815 | | | |

| Net Sales<br>Miscellaneous charges<br>Freight<br>Taxes | | Trade Discount<br>Terms Discount | |
|---|---|---|---|
| | | Amount Due | USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

# FADAL MACHINING CENTERS

MAG

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14285
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

## Invoice

| Invoice | Page |
|---|---|
| 319845 | 3 |

| Date |
|---|
| 4/09/08 |

REPRINT

| Due On |
|---|
| 5/12/08 |

**SHIP TO**
ACCURAT LOCK & HARDWARE
ANNIE PLACE
STAMFORD CT 06902
USA

**SOLD TO**
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 012007049815 |

| Delivery Terms | |
|---|---|
| | |

| Customer | Order | Sales Rep | P O Number | P O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 373395 | 100 | 35124 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 364628 | | 4/09/08 | |

| Item Number / Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : NATIONWIDE | | | |
| NO TAX | | | .00 |

| | | | | |
|---|---|---|---|---|
| Net Sales | 41,625.00 | Trade Discount | .00 | |
| Miscellaneous charges | .00 | Terms Discount | .00 | |
| Freight | .00 | | | |
| Taxes | .00 | | Amount Due | 41,625.00 USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

TOTAL P.01

# COMPUMACHINE, INC.

645 Main Street
Wilmington, Massachusetts 01887
(978) 657-8440 • FAX (978) 657-8589

CO.373395

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

35124

DATE 3/30/07 REQUISITION NO. STK

SHIP TO Compumachine
6 Electronics Ave -
Danvers, MA - 01923

C - Attention: Jerry Holanty

TO Fadal Engineering
Chatsworth, CA -

| DATE REQUIRED | PROMISE DELIVERY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| A.S.A.P. | A-S.A.P. | Best | Chatsworth | Std: Stk. 30d. As CA |

| DATE ORD | QTY. | QTY. RCVD. | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 3/30/07 | 2 | | VMC3016FX; CAT40; 208V | $41,625 — | 83,250 — |
| | | | WEBSTER 07 SPECIAL 2 YEAR WARRANTY | | |
| | | | S/N 012007049815 | | |
| | | | Note: | | |
| | | | 1) Advise prior TV shipment | | |
| | | | 2) Ship: C/O: Compumachine | | |
| | | | LEAD TIME: 3 WEEKS (4-20-07) | | |
| | | | GM: 14% EBIT: -2% | | |

ORDER REVIEWED BY [signature] 3/30/07
ORDER PROCESSED BY
ORDER CHECKED BY
CHANGE ORDER

[signature] Requested By
[signature] OK'D By
[signature] Authorized By

1. Please send ________ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

P.01/01

JAN-10-1996 01:48

Fax Received on 03/30/07 at 11:36AM from

# FADAL MACHINING CENTERS

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

MAG

# Invoice

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

| Invoice | Page |
|---|---|
| 319846 | 1 |

| Date |
|---|
| 4/09/08 |

REPRINT

| Due On |
|---|
| 5/12/08 |

SHIP TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

SOLD TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 012008031495 |

| Delivery Terms | Ex-works |
|---|---|

| Customer | Order | Sales Rep | P O Number | P O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 376589 | 100 | 36428 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 364631 | | 4/09/08 | |

| Item Number / Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : NATIONWIDE<br>NOTES:USE FADAL STOCK SN<br>012008031495 | | | |
| 1495 VMC-4020 FX MP<br>VERTICAL MACHINING CENTER | EA | 1.000<br>54,000.000 | 54,000.00 |
| OPT-0576<br>COLUMN,20"Z,STD;4020 FX MP<br>OPT-1972<br>ATC,21T,CAT;4020<br>OPT-0582<br>SPN COOL,10K,22/3016,4020FX MP<br>OPT-0580<br>CTR,STD,22/3016,4020 FX MP<br>HDW-1712<br>WORKLIGHT,FLOOD,SINGLE<br>STM-3220<br>STM,FLOOD,ATC,4020 FX MP<br>CTR-0474<br>CNC PCB SET,STD<br>OPT-1976<br>MTR,BLDR,15HP,10K;4020 | | | |

| Net Sales<br>Miscellaneous charges<br>Freight<br>Taxes | | Trade Discount<br>Terms Discount | | |
|---|---|---|---|---|
| | | | Amount Due | USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

# FADAL MACHINING CENTERS

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

MAG

# Invoice

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

| Invoice | Page |
|---|---|
| 319846 | 2 |

| Date |
|---|
| 4/09/08 |

REPRINT

| Due On |
|---|
| 5/12/08 |

SHIP TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

SOLD TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 012008031495 |

| Delivery Terms | Ex-works |
|---|---|

| Customer | Order | Sales Rep | P.O Number | P.O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 376589 | 100 | 36428 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 364631 | | 4/09/08 | |

| Item Number / Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : NATIONWIDE<br>OPT-0306<br>VOLTAGE,208V,240V,STD STM,15HP<br>OPT-0386<br>SPN ASY,10K,TAP<br><br>Serial number: 012008031495 | | | |
| NO TAX | | | .00 |

| Net Sales | 54,000.00 | Trade Discount | .00 |
|---|---|---|---|
| Miscellaneous charges | .00 | Terms Discount | .00 |
| Freight | .00 | | |
| Taxes | .00 | Amount Due | 54,000.00 USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

INVOIC - June 2008

TOTAL P.01

USE FADAL S/N

# COMPUMACHINE, INC.

6 Electronics Avenue
Danvers, MA 01923
(978) 777-3440 • FAX (978) 777-8490

# PURCHASE ORDER

CO 376589

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

36428

DATE: 4-1-08
REQUISITION NO: PAP-M

SHIP TO: PAP Quality Machining
2 De Bush Ave
Middleton, Ma 01949
Carlos

TO: Fadal
Mike Finney
818-407-1693

| DATE REQUIRED | PROMISE DELIVERY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| | | Best | | STD 300909. |

| DATE ORD | QTY. | QTY. RCVD. | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | 1 | | s/n 012008031495 | $4000– | |
| | | | 4020 FX MP | | |
| | | | Ship to: Compumachine Inc | | |
| | | | LEAD TIME: 4-4-08 | | |
| | | | GM: 19% EBIT: 3% | | |
| | | | USE FADAL STOCK SN 012008031495 | | |

ORDER REVIEWED BY [signature] 4-1-08
ORDER PROCESSED BY
ORDER CHECKED BY
CHANGE ORDER ☐

DHS — Requested By
Martha x221 — OK'D By
Authorized By

1. Please send ________ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

P.01/01 COMPUMACHINE APR-01-2008 08:44

Fax Received on 04/01/08 at 06:14AM from

# FADAL MACHINING CENTERS

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

MAG

**Invoice**

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

| Invoice | Page |
|---|---|
| 320743 | 1 |

| Date |
|---|
| 7/26/08 |

REPRINT

| Due On |
|---|
| 8/25/08 |

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 012008071754 |

**SHIP TO**
BETA SHIM
11 PROGRESS DRIVE
SHELTON CT 06484
USA

**SOLD TO**
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Delivery Terms | Ex-works |
|---|---|

| Customer | Order | Sales Rep | P O Number | P O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 377336 | 100 | 36857 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 365820 | SHIP COMPLETE C/O COMPUMACHI | 7/25/08 | |

| Item Number / Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : NATIONWIDE<br>NOTE: SHIP COMPLETE C/O<br>COMPUMACHINE<br>ADDITIONS:<br>sn 012008071754 ON MACH<br>OPT-1972 ATC,21T,CAT;4020<br>OPT-0306 VOLTAGE,208V,<br>240V,STD STM,15HP<br>HDW-1900 WORKLIGHT,FLOOD,<br>DUAL,FADAL MP<br>STM-3253 CVR,TOP,ATC 28Z,<br>NO S/C,4020FX<br>DELETIONS:<br>OPT-1973<br>OPT-0304<br>sn 012008071766 FOR MACH<br>HDW-1712<br>ORDER NOTES:<br>USE sn 012008071754 | | | |

| Net Sales<br>Miscellaneous charges<br>Freight<br>Taxes | | Trade Discount<br>Terms Discount | | |
|---|---|---|---|---|
| | | | Amount Due | USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

# FADAL MACHINING CENTERS

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

MAG

**Invoice**

| Invoice | Page |
|---|---|
| 320743 | 2 |

| Date |
|---|
| 7/26/08 |

REPRINT

| Due On |
|---|
| 8/25/08 |

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 012008071754 |

SHIP TO
BETA SHIM
11 PROGRESS DRIVE
SHELTON CT 06484
USA

SOLD TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Delivery Terms | Ex-works |
|---|---|

| Customer | Order | Sales Rep | P O Number | P O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 377336 | 100 | 36857 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 365820 | SHIP COMPLETE C/O COMPUMACHI | 7/25/08 | |

| Item Number / Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : NATIONWIDE | | | |
| 1754 VMC-4020 FX MP<br>VERTICAL MACHINING CENTER | EA | 1.000<br>57,000.000 | 57,000.00 |
| OPT-1972<br>ATC,21T,CAT;4020<br>OPT-0582<br>SPN COOL,10K,22/3016,4020FX MP<br>OPT-0580<br>CTR,STD,22/3016,4020 FX MP<br>STM-3220<br>STM,FLOOD,ATC,4020 FX MP<br>OPT-0577<br>COL,28"Z,EXTENDED;4020 FX MP<br>HDW-1900<br>WORKLIGHT,FLOOD,DUAL,FADAL MP<br>STM-3253<br>CVR,TOP,ATC 28Z,NO S/C,4020 FX<br>CTR-0474<br>CNC PCB SET,STD<br>OPT-1976<br>MTR,BLDR,15HP,10K;4020 | | | |

| Net Sales<br>Miscellaneous charges<br>Freight<br>Taxes | | Trade Discount<br>Terms Discount | | |
|---|---|---|---|---|
| | | | Amount Due | USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

# FADAL MACHINING CENTERS

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

MAG

## Invoice

| Invoice | Page |
|---|---|
| 320743 | 3 |

| Date |
|---|
| 7/26/08 |

REPRINT

| Due On |
|---|
| 8/25/08 |

SHIP TO
BETA SHIM
11 PROGRESS DRIVE
SHELTON CT 06484
USA

SOLD TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 012008071754 |

| Delivery Terms | Ex-works |
|---|---|

| Customer | Order | Sales Rep | P O Number | P O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 377336 | 100 | 36857 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 365820 | SHIP COMPLETE C/O COMPUMACHI | 7/25/08 | |

| Item Number/ Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : NATIONWIDE<br>OPT-0306<br>VOLTAGE,208V,240V,STD STM,15HP<br>OPT-0381<br>SPN ASY,10K,CLNT THR,TAP<br><br>Serial number: 012008071754<br><br>NO TAX | | | .00 |

| | | | | | |
|---|---|---|---|---|---|
| Net Sales<br>Miscellaneous charges<br>Freight<br>Taxes | 57,000.00<br>.00<br>.00<br>.00 | Trade Discount<br>Terms Discount | .00<br>.00 | | |
| | | | Amount Due | 57,000.00 | USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

TOTAL P.01

0128C8071766

# COMPUMACHINE, INC.

# PURCHASE ORDER

6 Electronics Ave.
Danvers, MA 01923
(978) 777-8440 • FAX (978) 777-8490

377336

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

36857

Confirming: J. McCarty

TO Fadal Engineering
Chatsworth, CA

DATE 7/23/08 REQUISITION NO. BS-1

SHIP TO BETA SHIM BETA SHIM
11 PROGRESS DRIVE
SHELTON, CT. 06484

| DATE REQUIRED | PROMISE DELIVERY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| A.S.A.P. 3 WKS | A.S.A.P. 3 WKS | Best | Chatsworth | [illegible] 30 A.C.A. |

| DATE ORD | QTY. | QTY. RCVD | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 7/23/08 | 1 | → | VMC 4020 FX MP; CAT40; 208V | | |
| 7/23/08 | 1 | → | EXTENDED COLUMN (B=28") | | |
| 7/23/08 | 1 | → | COOLANT THRU SPINDLE (2 [illegible]) | | |
| 7/23/08 | 1 | → | HIGH TORQUE | | |
| 7/23/08 | 1 | → | RIGID TAP | | |
| 7/23/08 | 1 | → | 8 MB EXTENDED MEMORY | | |
| | | | LEAD TIME: 4 WEEKS (8-20-08) | | |
| | | | GM: 2% EBIT: -13% | *O.K. [illegible] | * $57,000 |
| | | | COST TO BUILD: $56,280.00 | J.M. [illegible] 7/18/08 | |
| | | | Mike | | |
| | | | PLS - SHIP COMPLETE C/O COMPUMACHINE | | |

ORDER REVIEWED BY [signature] 7-23-08
ORDER PROCESSED BY
ORDER CHECKED BY
CHANGE ORDER

C.R. Requested By — [signature] Ok'd By — Authorized By

1. Please mail ___ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

P.01/01 JAN-09-1996 16:35

Fax Received on 07/23/08 at 09:58AM from

# FADAL MACHINING CENTERS

MAG

# Invoice

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

| Invoice | Page |
|---|---|
| 320786 | 1 |

| Date |
|---|
| 7/30/08 |

REPRINT

| Due On |
|---|
| 9/01/08 |

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 012008051686 |

SHIP TO
BETA SHIM
C/O COMPUMACHINE
11 PROGRESS DR
SHELTON CT 06484
USA

SOLD TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Delivery Terms | Ex-works |
|---|---|

| Customer | Order | Sales Rep | P.O Number | P.O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 377367 | 100 | 36871 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 365847 | | 7/29/08 | |

| Item Number / Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : NATIONWIDE<br>ORDER NOTES: USE FADAL<br>STOCK sn 012008051686 | | | |
| 1686 FMC01-3016-4<br>VMC-3016 MP PREMIUM PKG.<br><br>Serial number: 012008051686 | EA | 1.000<br>63,000.000 | 63,000.00 |
| NO TAX | | | .00 |

| | | | | |
|---|---|---|---|---|
| Net Sales<br>Miscellaneous charges<br>Freight<br>Taxes | 63,000.00<br>.00<br>.00<br>.00 | Trade Discount<br>Terms Discount | .00<br>.00 | |
| | | | Amount Due | 63,000.00 USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

...CHINE, INC.

# PURCHASE ORDER

...ics Ave.
Danvers MA 01923
(978) 777-8440 • FAX (978) 777-8490

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

36857

Confirming: J. McCarty

TO Fadal Engineering
Chatsworth, CA

DATE 7/23/08 REQUISITION NO BS-1

SHIP TO BETA SHIM BETA SHIM
11 PROGRESS DRIVE
SHELTON, CT. 06484

| DATE REQUIRED | PROMISE DELIVERY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| A.S.A.P. 3 wks- | A.S.A.P. 3 wks- | Best | Chatsworth | Stk. 30 A.C.A. |

| DATE ORD | QTY | QTY. RCVD | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 7/23/08 | 1 | → | VMC4020 FX MP; CAT40; 208V | | |
| 7/23/08 | 1 | → | EXTENDED COLUMN (B=28") | | |
| 7/23/08 | 1 | → | COOLANT THRU SPINDLE (250PSI) | | |
| 7/23/08 | 1 | → | HIGH TORQUE | | |
| 7/23/08 | 1 | → | RIGID TAP | | |
| 7/23/08 | 1 | → | 8 MB EXTENDED MEMORY | | |

LEAD TIME: 4 WEEKS (8-20-08)
GM: 2% EBIT: -13%
COST TO BUILD: $56,280.00
ORDER REVISION 7-24-08 C.O. 377336
Notes

*O.K. per JXM. on 7/18/08 * $57,800

ORDER REVIEWED BY [signature] 7-23-08
ORDER PROCESSED BY
ORDER CHECKED BY
CHANGE ORDER

PLS- SHIP COMPLETE
S/O COMPUMACHINE

ORDER REVIEWED BY [signature] 7-24-08
ORDER PROCESSED BY
ORDER CHECKED BY
CHANGE ORDER

C.R.
Requested By

[signature]
Ok'd By

Authorized By

1 Please mail ___ copies of your invoice.
2 Order is to be entered in accordance with prices, delivery and specifications shown above.
3 Notify us immediately if you are unable to ship as specified.

P.01/01

JAN-09-1996 16:35

Fax Received on 07/23/08 at 08:33AM from

# FADAL MACHINING CENTERS

MAG

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

# Invoice

| Invoice | Page |
|---|---|
| 320838 | 1 |

| Date |
|---|
| 8/12/08 |

REPRINT

| Due On |
|---|
| 9/15/08 |

SHIP TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

SOLD TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Payment Terms |
|---|
| Net 30 Days |
| **Serial Number** |
| 012008061750 |

| Delivery Terms | Ex-works |
|---|---|

| Customer | Order | Sales Rep | P.O Number | P.O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 377203 | 100 | 36759-A | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 365938 | | 8/12/08 | |

| Item Number / Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : NATIONWIDE | | | |
| 1750 VMC-3016 FX<br>VERTICAL MACHINING CENTER | EA | 1.000<br>46,900.000 | 46,900.00 |
| COL-0095<br>COL ASY,20Z,22/3016,4020 FX<br>HDW-1766<br>INTERLCK SYSTM,NON CE,FANUC FX<br>STM-3199<br>STM,FLOOD,22/3016 FX 0I<br>HDW-1712<br>WORKLIGHT,FLOOD,SINGLE<br>CTR-0564<br>CTR,FANUC 0I,10K<br>ATC-0451<br>DATC ASY,20T,CAT,FX<br>SPN-0267<br>SPN ASY,10K,22/3016 HT | | | |
| Serial number: 012008061750 | | | |

| Net Sales<br>Miscellaneous charges<br>Freight<br>Taxes | | Trade Discount<br>Terms Discount | |
|---|---|---|---|
| | | Amount Due | USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

# FADAL MACHINING CENTERS

MAG

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

# Invoice

| Invoice | Page |
|---|---|
| 320838 | 2 |

Date: 8/12/08

REPRINT

Due On: 9/15/08

Payment Terms: Net 30 Days

Serial Number: 012008061750

SHIP TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

SOLD TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

Delivery Terms: Ex-works

| Customer | Order | Sales Rep | P.O Number | P.O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 377203 | 100 | 36759-A | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 365938 | | 8/12/08 | |

| Item Number / Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : NATIONWIDE | | | |
| NO TAX | | | .00 |

| | | | | |
|---|---|---|---|---|
| Net Sales | 46,900.00 | Trade Discount | .00 | |
| Miscellaneous charges | .00 | Terms Discount | .00 | |
| Freight | .00 | | | |
| Taxes | .00 | | Amount Due | 46,900.00 USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

...MACHINE, INC.
...onics Ave.
Danvers, MA 01923
(978) 777-8440 • FAX (978) 777-8490

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages. 36759-A

Confirming: J. McCarty

TO Fadal Engineering
Chatsworth, CA.

DATE 6/25/08 REQUISITION NO MCN-F

SHIP TO Compumachine
6 Electronics Ave -
Danvers, MA-01923

| DATE REQUIRED | PROMISE DELIVERY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| Per Schedule | Per Schedule | Best | Chatsworth | [illegible] |

| DATE/ORD | QTY. | QTY. RCVD. | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 6/25/08 | 2 | | VMC 3016 FX (FANUC 0i) | | |
| 6/25/08 | 2 | | D.A.T. B. (Double Arm ATC 20 Tools) | $46,900 — | $93,800 — |

1st Machine Lead Time: 4 weeks (7-23-08)
GM: 14% EBIT: -1%
2nd Machine Lead Time: 8 weeks (8-20-08)
GM: 14% EBIT: -1%

Notes:
1) Ship (1) in July (or A.S.A.P.)
(1) in Aug.

Ship c/o!
Compumachine
6 Electronics Ave -
Danvers, MA-01923

ORDER REVIEWED BY [signature] 6-25-08
ORDER PROCESSED BY
ORDER CHECKED BY
CHANGE ORDER

C.K. Requested By
[signature] OK'D By
[signature] Authorized By

1. Please send ... copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above
3. Notify us immediately if you are unable to ship as specified.

JAN-09-1996 20:42 P.02/02

# FADAL MACHINING CENTERS

MAG

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

## Invoice

| Invoice | Page |
|---|---|
| 320948 | 1 |

| Date |
|---|
| 8/26/08 |

REPRINT

| Due On |
|---|
| 9/29/08 |

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 012008031525 |

**SHIP TO**
ROBERT BOSCH
CO COMPUMACHINE
6 ELECTRONICS AVE
DANVERS MA 01923
USA

**SOLD TO**
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Delivery Terms | Ex-works |
|---|---|

| Customer | Order | Sales Rep | P O Number | P O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 377537 | 100 | 36954 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 366059 | | 8/25/08 | |

| Item Number/Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : NATIONWIDE<br>USE FADAL STOCK<br>012008031525<br>MUST SHIP MONDAY<br>08-25-2008 | | | |
| 1525 VMC-4020 FX<br>VERTICAL MACHINING CENTER | EA | 1.000<br>64,700.000 | 64,700.00 |
| COL-0095<br>COL ASY,20Z,22/3016,4020 FX<br>ATC-0466<br>ATC ASY,21T,CAT,4020 FX<br>CTR-0563<br>CTR,FANUC 0I,8K,15K<br>HDW-1766<br>INTERLCK SYSTM,NON CE,FANUC FX<br>STM-3205<br>STM,FLOOD,ATC,4020 FX 0I<br>HDW-1899<br>WORKLIGHT,FLOOD,DUAL<br>SPN-0281<br>SPN,15K A/O CLNT TH,4020 FX | | | |

| Net Sales<br>Miscellaneous charges<br>Freight<br>Taxes | | Trade Discount<br>Terms Discount | | |
|---|---|---|---|---|
| | | | Amount Due | USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

# FADAL MACHINING CENTERS

MAG

## Invoice

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

| Invoice | Page |
|---|---|
| 320948 | 2 |

| Date |
|---|
| 8/26/08 |

REPRINT

| Due On |
|---|
| 9/29/08 |

SHIP TO
ROBERT BOSCH
CO COMPUMACHINE
6 ELECTRONICS AVE
DANVERS MA 01923
USA

SOLD TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 012008031525 |

| Delivery Terms | Ex-works |
|---|---|

| Customer | Order | Sales Rep | P.O Number | P.O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 377537 | 100 | 36954 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 366059 | | 8/25/08 | |

| Item Number / Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : NATIONWIDE<br>Serial number: 012008031525 | | | |
| NO TAX | | | .00 |

| | | | | |
|---|---|---|---|---|
| Net Sales | 64,700.00 | Trade Discount | .00 | |
| Miscellaneous charges | .00 | Terms Discount | .00 | |
| Freight | .00 | | | |
| Taxes | .00 | | Amount Due | 64,700.00 USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

TOTAL P.01

**COMPUMACHINE, INC.**
6 Electronics Ave.
Danvers, MA 01923
(978) 777-8440 • FAX (978) 777-8490

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

36954

Confirming: Mike Finney

TO Fadal Engineering
Chatsworth, CA -

DATE 8/22/08 | REQUISITION NO. BSH - M

SHIP TO ROBERT BOSCH
101 FIRST Avenue
WALTHAM, MA - 02451

| DATE REQUIRED | PROMISE DELIVERY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| A.S.A.P. | A.S.A.P. | Best | Chatsworth | Std 30 A.L.A |

| DATE ORD | QTY. | QTY. RCVD. | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 8/22/08 | 1 | | FADAL; 4020 FX | | |
| | | | STOCK# 012008031525 | | |
| | | | AS EQUIPPED - | | |
| | | | -ALL MANUALS FANUC. | | |
| | | | *CAT 40* | | |
| | | | | | $64,900 |

LEAD TIME: 8-25-08
GM: 10% EBIT: -5%
USE FADAL STOCK S/N 012008031525
COST: $58,387.00

Note

Ship c/o:
COMPUMACHINE
6 Electronics Ave
Danvers, MA 01923

ORDER REVIEWED BY [signature] 8/22/08
ORDER PROCESSED BY
ORDER CHECKED BY
CHANGE ORDER

Requested By: JP
OK'D By: [signature]
Authorized By: [signature]

1. Please send ___ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

P.01/01

JAN-02-1996 09:46

Fax Received on 08/22/08 at 02:31PM from

# FADAL MACHINING CENTERS

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

# Invoice

| Invoice | Page |
|---|---|
| 321234 | 1 |

| Date |
|---|
| 10/08/08 |

REPRINT

| Due On |
|---|
| 11/10/08 |

SHIP TO
DICKSON DEVELOPEMENT
14 PERRY AVE
NORWALK CT 06850
USA

SOLD TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 012008091866 |

| Delivery Terms | Ex-works |
|---|---|

| Customer | Order | Sales Rep | P O Number | P O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 377725 | 100 | 37120 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 366344 | | 10/03/08 | |

| Item Number / Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : NATIONWIDE<br>USE FADAL STOCK<br>SN: 012008091866 | | | |
| 1866 FMC01-3016-1<br>VMC-3016 MP PRODUCTIVITY PKG.<br><br>Serial number: 012008091866 | EA | 1.000<br>50,000.000 | 50,000.00 |
| NO TAX | | | .00 |

| | | | |
|---|---|---|---|
| Net Sales<br>Miscellaneous charges<br>Freight<br>Taxes | 50,000.00<br>.00<br>.00<br>.00 | Trade Discount<br>Terms Discount | .00<br>.00 |
| | | Amount Due | 50,000.00 USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

INVOIC - June 2008

**COMPUMACHINE, INC.**
6 Electronics Ave.
Danvers, MA 01923
(978) 777-8440 • FAX (978) 777-8490

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

37120

Confirming: J. McCarthy

TO: Fadal Engineering
Chatsworth, CA

| DATE | REQUISITION NO |
|---|---|
| 10/1/08 | DKIA-1 |

SHIP TO: DICKSON DEVELOPMENT
14 PERRY Ave -
NORWALK, CT. 06850

| DATE REQUIRED | PROMISE DELIVERY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| A.S.A.P. STOCK | A.S.A.P. STOCK | Best | Chatsworth | Net 30 - A.C.A. |

| DATE ORD | QTY. | QTY. RCVD. | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 10/1/08 | 1 | | NEW FADAL 3016 FX HP | | |
| | | | S/N: 1200809186 6 | | |
| | | | includes - Rigid Tap | | |
| | | | - EXPANDED Memory | | |
| | | | LEAD TIME: 10-3-08 | | |
| | | | GM: 4% EBIT. -11% | | $50,000 — |
| | | | USE FADAL SOLD SN 012008091866 | | |
| | | | COST TO BUILD: $48,000.00 | | |
| | | | Note: | | |
| | | | SHIP: C/O | | |
| | | | COMPUMACHINE | | |

ORDER REVIEWED BY [signature] 10/1/08
ORDER PROCESSED BY ____
ORDER CHECKED BY ____
CHANGE ORDER ☐

C.A. Requested By ____ [signature] OK'D By ____ [signature] Authorized By ____

1. Please send ______ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

FEB-07-1996 01:11 P.01/01

Fax Received on 10/01/08 at 02:56PM from

# FADAL MACHINING CENTERS

MAG

# Invoice

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

| Invoice | Page |
|---|---|
| 321235 | 1 |

| Date |
|---|
| 10/08/08 |

REPRINT

| Due On |
|---|
| 11/10/08 |

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 012008091865 |

SHIP TO
SIG SAUER
18 INDUSTRIAL DR
EXETER NH 03833
USA

SOLD TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Delivery Terms | Ex-works | | | |
|---|---|---|---|---|
| **Customer** | **Order** | **Sales Rep** | **P O Number** | **P O Revision** |
| 1 21600002 | CO 377737 | 100 | 37126 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 366345 | | 10/03/08 | |

| Item Number / Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : NATIONWIDE<br>USE FADAL STOCK<br>012008091865 | | | |
| 1865 FMC01-3016-1<br>VMC-3016 MP PRODUCTIVITY PKG.<br><br>Serial number: 012008091865 | EA | 1.000<br>48,000.000 | 48,000.00 |
| NO TAX | | | .00 |

| | | | | |
|---|---|---|---|---|
| Net Sales | 48,000.00 | Trade Discount | .00 | |
| Miscellaneous charges | .00 | Terms Discount | .00 | |
| Freight | .00 | | Amount Due | 48,000.00 USD |
| Taxes | .00 | | | |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

Fax Received on 10/02/08 at 01:40P M from

00:01 P.01/01

# ...MACHINE, INC.

# PURCHASE ORDER

...s Ave.
..., MA 01923
(978) 777-8440 • FAX (978) 777-8490

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

37126

DATE 10-2-08 REQUISITION NO

SHIP TO SIG SAUER
18 Industrial Dr.
EXETER, N.H. 03833

TO FADAL
ATT: MIKE FINNEY
818-407-1693

| DATE REQUIRED | PROMISE DELIVERY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| ASAP | 1 WEEK | NATIONWIDE | EX WORKS | STD 30D. ACA. |

| DATE ORD | QTY. | QTY. RCVD. | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 10/2 | 1 | | FADAL 3016 FX MP | | |
| | | | HighTORQUE | | |
| | | | RigidTAP | | |
| | | | 4 ULG. | | |
| | | | 21 TOOL ATC | | |
| | | | COOLANT SYSTEM | | |
| | | | 220VAC 60 HZ 3 Ø | $ | 48,000.00 |
| | | | SN: 012008091865 | | |
| | | | LEAD TIME: 10-3-08 | | |
| | | | GM: 0% EBIT: -15% | | |
| | | | COST TO BUILD: $48,000.00 | | |
| | | | USE FADAL STOCK SN 012008091865 | | |

ORDER REVIEWED BY [signature] 10/2/08
ORDER PROCESSED BY
ORDER CHECKED BY
CHANGE ORDER

Requested By — OK'D By Bob Cloutier — Authorized By

1. Please send ______ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

TOTAL P.01

# FADAL MACHINING CENTERS

**Invoice**

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

| Invoice | Page |
|---|---|
| 321331 | 1 |

| Date |
|---|
| 10/22/08 |

REPRINT

| Due On |
|---|
| 11/24/08 |

**SHIP TO**
SIG SAUER INC
18 INDUSTRIAL DR
EXETER NH 03833
USA

**SOLD TO**
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 022008103256 |

| Delivery Terms | Ex-works |
|---|---|

| Customer | Order | Sales Rep | P O Number | P O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 377745 | 100 | 37127 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 366507 | | 10/20/08 | |

| Item Number / Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : Old Dominion | | | |
| ROT-0583<br>RTRY TBL,VH165,AC;3020-6535 | EA | 1.000<br>8,000.000 | 8,000.00 |
| Serial number: 022008103256 | | | |
| SN: 022008103256 | | | |
| WIR-1471<br>SRVO DSCNT,A AXIS,VH165 AC | EA | 1.000<br>.000 | .00 |
| ROT-0658<br>TAIL STOCK ASY;VH165 | EA | 1.000<br>.000 | .00 |
| SHIPPING CHARGES | | | 291.00 |
| NO TAX | | | .00 |

| | | | |
|---|---|---|---|
| Net Sales | 8,000.00 | Trade Discount | .00 |
| Miscellaneous charges | .00 | Terms Discount | .00 |
| Freight | 291.00 | | |
| Taxes | .00 | Amount Due | 8,291.00 USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

Fax Received on 10/06/08 at 07:43AM from

P.01/01

..MACHINE, INC.
..onics Ave.
Danvers, MA 01923
(978) 777-8440 • FAX (978) 777-8490

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

37127

DATE 10-6-08 REQUISITION NO. SIG SAUER

SHIP TO Sig Sauer Inc.
18 Industrial Dr.
Exeter, NH 03833
Att: Chris Sirois

TO FADAL
Att: Mike Finney
818-407-1683

| DATE REQUIRED | PROMISE DELIVERY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| 2-3 weeks | 2 wks | Best Way | Ex Works | STD N30 ACA. |

| DATE ORD | QTY. | QTY. RCVD. | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | 1 | | ROT-0583 | | |
| | | | VH 165 AC Rotary Table | | |
| | 1 | | WIR-1471 | | |
| | | | 4th Axis Servo PKG-AC | | |
| | 1 | | ROT-0658 | | |
| | | | Tail stock for Above | | |
| | | | TOTAL | | 8,000.00 |
| | | | Lead Time: 2 weeks (10-20-08) | | |
| | | | 0220081032256 | | |

ORDER REVIEWED BY [signature] 10/6/08
ORDER PROCESSED BY
ORDER CHECKED BY
CHANGE ORDER ☐

Bob Cloutier

Requested By    OK'D By    Authorized By

1. Please send ______ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

TOTAL P.01

# FADAL MACHINING CENTERS

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

MAG

# Invoice

| Invoice | Page |
|---|---|
| 321332 | 1 |

| Date |
|---|
| 10/22/08 |

REPRINT

| Due On |
|---|
| 11/24/08 |

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 022008093250 |

SHIP TO
AUTO INDUSTRIAL MACHINE
9 RIVERSIDE AVE
DANVERS MA 01923
USA

SOLD TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Delivery Terms | Ex-works | | | |
|---|---|---|---|---|
| Customer | Order | Sales Rep | P.O Number | P.O Revision |
| 1 21600002 | CO 377790 | 100 | 317173 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 366525 | | 10/22/08 | |

| Item Number / Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : UPS Ground | | | |
| ROT-0658<br>TAIL STOCK ASY;VH165 | EA | 1.000<br>615.000 | 615.00 |
| SHIPPING CHARGES | | | 36.16 |
| NO TAX | | | .00 |

| | | | |
|---|---|---|---|
| Net Sales | 615.00 | Trade Discount | .0 |
| Miscellaneous charges | .00 | Terms Discount | . |
| Freight | 36.16 | | |
| Taxes | .00 | Amount Due | 651.16 USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

INVOIC - June 2008

# PURCHASE ORDER

...MACHINE, INC.
...ics Ave.
...nvers, MA 01923
(978) 777-8440 • FAX (978) 777-8490

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

37173

DATE 10-15-08 | REQUISITION NO. 092308 Andy

SHIP TO Auto Industrial Machine
9 Riverside Ave
Danvers, MA 01923
Andy

TO Fadal
Mike Finning
818-407-1693

| DATE REQUIRED | PROMISE DELIVERY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| | 1-2 wks | Best | Ex works [illegible] | Net 30 |

| DATE ORD | QTY. | QTY. RCVD. | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | 1 | | ROT-0658 Tailstock for VMC | | |
| | | | Sn 022008093250 | 615 | |
| | | | LEAD TIME: 1 WEEK (10-22-08) | | |
| | | | TOTAL: | $615.00 | [illegible] |

ORDER REVIEWED BY [signature] 10/15/08
ORDER PROCESSED BY
ORDER CHECKED BY
CHANGE ORDER

Martha x 221
Requested By

OK'D By

Authorized By

1. Please send ______ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

FEB-20-1996 19:45 P.01/01
Fax Received on 10/15/08 at 09:30AM from

# FADAL MACHINING CENTERS

MAG

# Invoice

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

| Invoice | Page |
|---|---|
| 321382 | 1 |

| Date |
|---|
| 10/30/08 |

REPRINT

| Due On |
|---|
| 12/01/08 |

SHIP TO
WAKEFIELD THERMAL SOLUTIONS
33 BRIDGE STREET
PELHAM NH 03076
USA

SOLD TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 012008081850 |

| Delivery Terms | Ex-works |
|---|---|

| Customer | Order | Sales Rep | P.O Number | P.O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 377849 | 100 | 37223 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 366604 | | 10/30/08 | |

| Item Number / Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : NATIONWIDE<br>USE FADAL STOCK<br>SN: 012008081850 | | | |
| 1850 FMC01-6030-1<br>VMC-6030 MP PRODUCTIVITY PKG.<br><br>Serial number: 012008081850 | EA | 1.000<br>72,000.000 | 72,000.00 |
| NO TAX | | | .00 |

| | | | |
|---|---|---|---|
| Net Sales | 72,000.00 | Trade Discount | .00 |
| Miscellaneous charges | .00 | Terms Discount | .00 |
| Freight | .00 | | |
| Taxes | .00 | Amount Due | 72,000.00 USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

Fax Received on 10/24/08 at 02:16PM from HOME OFFICE

2008-10-24 16:28 HOME OFFICE 6036353232 >> Fadal Machining Cent P 1/2

# COMPUMACHINE, INC.

6 Electronics Ave.
Danvers, MA 01923
(978) 777-8440 • FAX (978) 777-8490

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages. 37223

| DATE | REQUISITION NO. |
|---|---|
| 10-24-08 | WAKEFIELD PO PNH 33672 |

SHIP TO
WAKEFIELD Thermal Solutions
33 Bridge ST.
PELHAM, NH 03076

TO FADAL ENGINEERING
ATT: MIKE FINNEY
FAX 818-407-1693

| DATE REQUIRED | PROMISE DELIVERY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| PIS Advise | | NATIONWIDE | Ex WORKS | STANDARD N30 ACA |

| DATE ORD | QTY. | QTY. RCVD. | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | 1 | | FADAL 6030 | | |
| | | | SN: 012008081850 | | |
| | | | High TORQUE, Rigid TAP | | |
| | | | BMG | | 72,000 00 |
| | | | | | |
| | | | PER J. McCarty | | |
| | | | + B. Cloutier | | |
| | | | LEAD TIME: 10-28-08 | | |
| | | | GM: 15% EBIT: 0% | | |
| | | | COST TO BUILD: $62,438.25 | | |
| | | | USE FADAL STOCK SN 012008081850 | | |

ORDER REVIEWED BY [signature] 10/24/08
ORDER PROCESSED BY
ORDER CHECKED BY
CHANGE ORDER ☐

Requested By [signature] OK'D By Authorized By

1. Please send ________ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

# FADAL MACHINING CENTERS

MAG

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

**PLEASE REMIT TO:**

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

**For Terms & Conditions of Sale:**
WWW.FADAL.COM/TERMS

# Invoice

| Invoice | Page |
|---|---|
| 321406 | 1 |

| Date |
|---|
| 11/06/08 |

REPRINT

| Due On |
|---|
| 12/08/08 |

**SHIP TO**
HEBERT FOUNDRY & MACHINE
113 FAIR STREET
LACONIA NH 03246
USA

**SOLD TO**
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 022008103274 |

| Delivery Terms | Ex-works |
|---|---|

| Customer | Order | Sales Rep | P O Number | P O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 377841 | 100 | 37218 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 366707 | | 11/06/08 | |

| Item Number / Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : Old Dominion | | | |
| ROT-0024<br>RTRY TBL ASY;VH-65,DC,4020 | EA | 1.000<br>5,740.000 | 5,740.00 |
| Serial number: 022008103274 | | | |
| SN: 022008103274 | | | |
| SHIPPING CHARGES | | | 244.00 |
| NO TAX | | | .00 |

| | | | | |
|---|---|---|---|---|
| Net Sales<br>Miscellaneous charges<br>Freight<br>Taxes | 5,740.00<br>.00<br>244.00<br>.00 | Trade Discount<br>Terms Discount | .00<br>.00 | |
| | | | Amount Due | 5,984.00 USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

. .MACHINE, INC.
...ctronics Ave.
Danvers, MA 01923
(978) 777-8440 • FAX (978) 777-8490

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages

37218

DATE 10-23-08 REQUISITION NO. 900693

SHIP TO Hebert Foundry & Machine
113 Fair Street
Laconia, NH 03246
Ken Deshaies

TO Fadal
Mike Finney
818-407-1693

| DATE REQUIRED | PROMISE DELIVERY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| | | Best | CA | Net 30 |

| DATE ORD | QTY. | QTY. RCVD. | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | 1 | | ROT-0034 VH165 DC Rotary | 5740 | |
| | | | 022008103274 | | |
| | | | LEAD TIME: 2WEEKS (11-6-08) | | |

ORDER REVIEWED BY [signature] 10/23/08
ORDER PROCESSED BY
ORDER CHECKED BY
CHANGE ORDER ☐

Martha x 221
Requested By OK'D By Authorized By

1. Please send ........ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

FEB-28-1995 21:31 P.01/01

Fax Received on 10/23/08 at 11:18AM from

# FADAL MACHINING CENTERS

MAG

# Invoice

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

| Invoice | Page |
|---|---|
| 321421 | 1 |

| Date |
|---|
| 11/10/08 |

REPRINT

| Due On |
|---|
| 12/15/08 |

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 022008103275 |

SHIP TO
WAKEFILED THERMAL SOLUTIONS
33 BRIDGE STREET
PEHLAM NH 03076
USA

SOLD TO
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Delivery Terms | Ex-works |
|---|---|

| Customer | Order | Sales Rep | P O Number | P O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 377850 | 100 | 37224 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 366741 | | 11/10/08 | |

| Item Number/ Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| Carrier . . : Old Dominion<br>FOR FADAL MODEL 6030<br>SN: 012008081850 | | | |
| ROT-0024<br>RTRY TBL ASY;VH-65,DC,4020 | EA | 1.000<br>6,000.000 | 6,000.00 |
| Serial number: 022008103275 | | | |
| SN: 022008103275 | | | |
| WIR-0599<br>4TH AXIS DC SRVO PKG;AC-VMC | EA | 1.000<br>.000 | .00 |
| (Replaces OPT-0126) | | | |
| SHIPPING CHARGES | | | 244.00 |
| NO TAX | | | .00 |

| Net Sales<br>Miscellaneous charges<br>Freight<br>Taxes | 6,000.00<br>.00<br>244.00<br>.00 | Trade Discount<br>Terms Discount | .00<br>.00 |
|---|---|---|---|
| | | Amount Due | 6,244.00 USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

Fax Received on 10/24/08 at 02:16PM from HOME OFFICE

.4 16:28 HOME OFFICE 6036353232 >> Fadal Machining Cent P 2/2

COMPUMACHINE, INC.

# PURCHASE ORDER

6 Electronics Ave.
Danvers, MA 01923
(978) 777-8440 • FAX (978) 777-8490

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages. **37224**

DATE: 10-24-08
REQUISITION NO: WAKEFIELD PO PNH 836 7[illegible]
SHIP TO: WAKEFIELD Thermal Solutions
33 Bridge ST.
PELHAM, NH 03076

TO FADAL ENGINEERING
ATT: MIKE FINNEY
FAX 818-407-1693

| DATE REQUIRED | PROMISE DELIVERY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| 2wks. | P/S Advise | UPS | Ex WORKS [illegible] | STD. N30 ACA. |

| DATE ORD | QTY. | QTY. RCVD. | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | 1 | | FADAL VH-165 DC | | |
| | | | Rotary TABLE | | |
| | | | # ROT-0024 | | |
| | | | 012008103275 | | |
| | 1 | | FADAL 4Th Axis SERVO | | |
| | | | DISCONNECT - DC | | |
| | | | for VMC 6030 | | |
| | | | SN: 012008 | | |
| | | | RE: PO# 37223 | | |
| | | | # WIR-0599 | | |
| | | | TOTAL | | 6,000.00 |
| | | | LEAD TIME: 2WEEKS (11-7-08) | | |

ORDER REVIEWED BY [signature] 10/24/08
ORDER PROCESSED BY
ORDER CHECKED BY
CHANGE ORDER

Requested By [signature] OK'D By Authorized By

1. Please send ________ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

# FADAL MACHINING CENTERS

MAG

# Invoice

20701 Plummer Street, Chatsworth, CA 91311 USA
Phone: (818) 407-1400 Fax: (818) 407-0020

PLEASE REMIT TO:

Fadal Machining Centers LLC
Attn: Lock Box 14289
5505 N Cumberland Ave Ste 200
Chicago, IL 60656-1471

For Terms & Conditions of Sale:
WWW.FADAL.COM/TERMS

| Invoice | Page |
|---|---|
| 321639 | 1 |

| Date |
|---|
| 12/23/08 |

REPRINT

| Due On |
|---|
| 1/26/09 |

| Payment Terms |
|---|
| Net 30 Days |

| Serial Number |
|---|
| 012008051681 |

**SHIP TO**
R M MACHINE
C/O COMPUMACHINE
6 ELECTRONICS AVE
DANVERS MA 01923
USA

**SOLD TO**
COMPUMACHINE INC
6 ELECTRONICS AVENUE
DANVERS MA 01923
USA

| Delivery Terms | Ex-works |
|---|---|

| Customer | Order | Sales Rep | P O Number | P O Revision |
|---|---|---|---|---|
| 1 21600002 | CO 378066 | 100 | 37427 | |

| Shipment No | Ship Via | Ship Date | Shipment Weight |
|---|---|---|---|
| 367055 | | 12/23/08 | |

| Item Number / Description | U/M | Quantity/Price | Net Sales Amount |
|---|---|---|---|
| FMC02-3016-4 —<br>VMC-3016 OI PREMIUM PKG.<br><br>Serial number: 012008051681 | EA | 1.000<br>52,500.000 | 52,500.00 |
| NO TAX | | | .00 |

| | | | |
|---|---|---|---|
| Net Sales | 52,500.00 | Trade Discount | .00 |
| Miscellaneous charges | .00 | Terms Discount | .00 |
| Freight | .00 | | |
| Taxes | .00 | Amount Due | 52,500.00 USD |

Unless otherwise stated, the country of origin is the United States of America
These commodities/software/technical data are destined to the ship to address. Diversion Contrary to U.S. law prohibited

...CHINE, INC.
...MA 01923
...777-8440 • FAX (978) 777-8490

# PURCHASE ORDER

Show this Purchase Order Number on all correspondence, invoices, shipping papers and packages.

37427

DATE 12/23/08 REQUISITION NO

SHIP TO R. M. MacLenne
110 Lumber Lane
Tewksbury, MA - 01876

TO Fadal Engineering
Chatsworth, CA -

| DATE REQUIRED | PROMISE DELIVERY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| A.S.A.P. | A.S.A.P. FROM STK. | Best | Chatsworth | A.C.A. |

| DATE ORD. | QTY. | QTY. RCVD. | STOCK NO. / DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 12/23/08 | 1 | | FADAL 3016 FX OC | | |
| | | | S/N: 1200805168L | | |
| | | | - 10K SPINDLE | | |
| | | | - CHILLER | | |
| | | | - DATC | | |
| | | | - Coolant thru | | |
| | | | - Chip Conveyor | | |
| | | | LOAD TIME: 12-23-08 | | $52,500 — |
| | | | GM: -1% EBIT: -16% | | |
| | | | USE FADAL STYLE S/N 01200805168L | | |
| | | | COST TO BUILD $52,722.44 | | |
| | | | PLS SHIP | | |
| | | | c/o: | | |
| | | | Compumachine | | |
| | | | 6 Electronics Ave | | |
| | | | Danvers, MA - 01923 | | |

ORDER REVIEWED BY 12/23/08
ORDER PROCESSED BY
ORDER CHECKED BY
CHANGE ORDER

Requested By    OK'D By    Authorized By

1. Please send ______ copies of your invoice.
2. Order is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to ship as specified.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Percy Anderson and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

**CV09- 6478 PA (FFMx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
LAW OFFICE OF JAMES A. FLANAGAN
James A. Flanagan, Esq. (State Bar No. 100687)
400 Oceangate, Suite 700
Long Beach, CA 90802-4306
Tel: (562) 732-4442 • Fax: (562) 252-0089

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FADAL MACHINING CENTERS, LLC<br>PLAINTIFF(S)<br>v.<br>COMPUMACHINE, INC.,<br>DEFENDANT(S). | CASE NUMBER<br>CV09-6478 PA (FFMx)<br><br>**SUMMONS** |

TO: DEFENDANT(S): COMPUMACHINE, INC.,

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ ____________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, James A. Flanagan, whose address is 400 Oceangate, Suite 700, Long Beach, CA 90802-4306. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: SEP - 4 2009

By: NATALIE LONGORIA
Deputy Clerk
(Seal of the Court)

1198

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
FADAL MACHINING CENTERS, LLC

**DEFENDANTS**
COMPUMACHINE, INC.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Law Office of James A. Flanagan - James A. Flanagan (SBN 100687)
400 Oceangate Suite 700, Long Beach, CA 90802-4306
Tel: (562) 732.4442; Fax: (562) 252.009

Attorneys (If Known)
Lee Gesmer
2009 Gesmer Updegrove LLP
40 Broad Street, Boston MA 02109

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☑ **MONEY DEMANDED IN COMPLAINT: $** 625,255.16

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 USC SECTION 1332 - DIVERSITY - BREACH OF CONTRACT

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☑ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS — PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/ PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: CV09-6478

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | MASSACHUSETTS |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): [signature] **Date** SEPTEMBER 4, 2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |